**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 06-85-DLB-CJS**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**vs.**           **ORDER ADOPTING REPORT AND RECOMMENDATION**

**MARCO FINNELL**                                                                        **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on the March 6, 2014 Report and Recommendation ("R&R") of the United States Magistrate Judge wherein she recommends that the Court revoke Defendant's supervised release and impose a sentence of eighteen (18) months imprisonment, with four (4) years of supervised release to follow with the same conditions reimposed. (Doc. # 62). During the Final Revocation Hearing conducted by Magistrate Judge Smith on March 6, 2014, Defendant admitted to violating the terms of his supervised release as set out in the February 24, 2014 Violation Report. (Doc. # 55).

Defendant having executed a waiver of his right to allocution, and the parties having waived the time period for filing objections, the R&R is ripe for the Court's consideration. (Doc. # 61). Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. # 62) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of his supervised release;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to a period of **eighteen (18) months imprisonment, with four (4) years of supervised release to follow with the same conditions reimposed**; and

5. A Judgment shall be entered concurrently herewith.

This 7th day of March, 2014.



Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2006\06-85 Order Adopting R&R re SRV.wpd