UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CRIMINAL ACTION NO. 06-85-DLB**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**vs.**         **ORDER ADOPTING REPORT AND RECOMMENDATION**

**MARCO FINNELL**                                                      **DEFENDANT**

*******************

      This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant's supervised release and impose a sentence of twenty-four (24) months incarceration, with no supervised release to follow. (Doc. # 75). During the final revocation hearing conducted by Magistrate Judge Smith on June 25, 2015, Defendant stipulated to violation numbers 2 and 3, as set forth in the Violation Report of June 16, 2015.

      Because Defendant executed a waiver of his right to allocution, and both parties waived the time for filing objections, the Clerk immediately submitted the R&R for the Court's review. (Doc. # 74). However, the Court has since received a letter from Defendant, docketed as an Objection to the R&R, in which he expresses his wish to obtain counsel for the purpose of filing an appeal. (Doc. # 76). Having reviewed the R&R and the correspondence received from Defendant, the Court concludes that the R&R is sound in all respects, including the recommended sentence and basis for said recommendation. Accordingly,

1

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 75) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release, as set forth in violation numbers 2 and 3 of the June 16, 2015 Violation Report;

(3) The United States' oral Motion to Withdraw violations 1 and 4 of the June 16, 2015 Violation Report is **GRANTED** and those violations are **WITHDRAWN**;

(4) Defendant's supervised release is hereby **REVOKED**;

(5) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **TWENTY-FOUR (24) MONTHS**, with no supervised release to follow;

(6) Defendant's sentence shall be served at FCI Ashland, if possible. In the event that FCI Ashland is unavailable, Defendant shall be placed at an available facility closest to Covington, Kentucky;

(7) To the extent that Defendant's letter constitutes an Objection to the R&R, such Objection is **OVERRULED** due to Defendant's failure to articulate specific legal arguments for the Court's review;

(8) Defendant's letter is also **CONSTRUED** as a Notice of Appeal. The Clerk of Court is therefore instructed to **DOCKET** the letter as a Notice of Appeal after entry of Judgment in this case; and

(9) To the extent that Defendant requests counsel for the purpose of preparing an appeal, his current counsel shall remain as counsel of record unless and until the Sixth Circuit Court of Appeals finds it necessary to appoint new counsel.

This 9th day of July, 2015.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2006\06-85 Order Adopting R&R re 3rd SRV.wpd